

FILED
HARRISBURG, PA

MAR 2 5 2013

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :        (CHIEF JUDGE KANE)
                                                :
                                                :        Crim. No. 1:13-MC-118
JESSIE CON-UI,                                  :
                                                :

## MOTION TO SEAL

**AND NOW,** comes Defendant, JESSIE CON-UI, by his attorney James A.

Swetz, Esquire, of Cramer, Swetz & McManus, P.C., and files this Motion to Seal

the enclosed documents.

Respectfully Submitted,

**CRAMER, SWETZ & McMANUS, P.C.**

By:_____
James A. Swetz, Esquire
Attorney I.D. No. 23473
711 Sarah Street
Stroudsburg, PA 18360
(570)421-5568 (Telephone)
(570)421-5720 (Fax)

Mark Fleming, Esquire
**LAW OFFICES OF MARK FLEMING**
Attorney I.D. No. 165770
1350 Columbia Street, Suite 600
San Diego, CA  92101
(619)794-0220 (Telephone)