# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | (CHIEF JUDGE KANE) |
| | : | |
| | : | Crim. No. 1:13-MC-118 |
| JESSIE CON-UI, | : | |
| | : | |

## ORDER TO SEAL

AND NOW, this \_\_\_\_ day of _____, 2013, upon consideration of the Motion to Seal of James A. Swetz, Esquire, and Mark Fleming, Esquire, attorneys for Defendant, the Motion is **GRANTED**. The Clerk is **DIRECTED** to file under seal the documents attached to Defendant's Motion to Seal.

BY THE COURT:

_____
Yvette Kane
Chief, United States District Judge