

## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | (CHIEF JUDGE KANE) |
| | Crim. No. 1:13-MC-118 |
| JESSIE CON-UI, | |

### MOTION TO SEAL

**AND NOW,** comes Defendant, JESSIE CON-UI, by his attorney James A. Swetz, Esquire, of Cramer, Swetz & McManus, P.C., and files this Motion to Seal the enclosed documents.

                       Respectfully Submitted,

                       **CRAMER, SWETZ & McMANUS, P.C.**

By:_____
        James A. Swetz, Esquire
        Attorney I.D. No. 23473
        711 Sarah Street
        Stroudsburg, PA 18360
        (570)421-5568 (Telephone)
        (570)421-5720 (Fax)

        Mark Fleming, Esquire
        **LAW OFFICES OF MARK FLEMING**
        Attorney I.D. No. 165770
        1350 Columbia Street, Suite 600
        San Diego, CA 92101
        (619)794-0220 (Telephone)