**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                          :         (CHIEF JUDGE KANE)
                                                :
                                                :         Crim. No. 1:13-MC-118
JESSIE CON-UI,                                  :
                                                :

## ORDER TO SEAL

AND NOW, this 29th day of May, 2013, upon consideration of the Motion to Seal of James A. Swetz, Esquire, and Mark Fleming, Esquire, attorneys for Defendant, the Motion is **GRANTED**. The Clerk is **DIRECTED** to file under seal the documents attached to Defendant's Motion to Seal.

BY THE COURT:

s/Yvette Kane
_____
Yvette Kane
Chief, United States District Judge